UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KEN FLAPPAN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 10-CV-2528 KHV/JPO |
| ) | |
| vs. ) | PLAINTIFF'S COMPLAINT |
| ) | AND DEMAND FOR JURY TRIAL |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**VERIFIED COMPLAINT**

KEN FLAPPAN, ("Plaintiff"), through the undersigned counsel, ALEX SIMANOVSKY & ASSOCIATES, LLC, alleges the following against NCO FINANCIAL SYSTEMS, INC., ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

1

## PARTIES

6. Plaintiff is a natural person residing in Overland Park, Johnson County, Kansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company, with its corporate office located at: NCO Financial Systems, Inc., 507 Prudential Road, Horsham, Montgomery County, Pennsylvania 19044.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

### A. DEBT

11. Plaintiff incurred a financial obligation in the approximate amount of $5,000.00 (the "Debt") to St. Joseph's Hospital (the "Creditor") in connection with a surgery.

12. The Debt arose from services allegedly provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. §1692a(5).

13. The debt was incurred on or about 2007.

14. The Debt was purchased, assigned or transferred to NCO Financial Systems, Inc. for collection, or the NCO Financial Systems, Inc. was employed by the Creditor to collect the Debt.

15. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. §1692a(2).

## B. HARASSMENT AND ABUSIVE TACTICS

16. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for the alleged debt.

17. Defendant calls Plaintiff at his home number of 913-498-1488 seeking and demanding payment for the alleged debt.

18. Defendant began calling on or about 2008 and continues making calls to this day.

19. Defendant disclosed information about the alleged debt to Plaintiff's son, Bradley Flappan at 913-498-1488.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

   a.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b.) Defendant violated *§1692b(1)* of the FDCPA by contacting persons other than Plaintiff and failing to identify him/herself and failing to state the he/she is confirming or correcting location information concerning Plaintiff.

   c.) Defendant violated *§1692b(2)* of the FDCPA by stating that the Plaintiff owes a debt in communications with persons other than Plaintiff.

WHEREFORE, Plaintiff, KEN FLAPPAN, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

   a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

   b. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

   c. Actual damages,

   d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

   e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, KEN FLAPPAN, demands a jury trial in this case.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designated Kansas City as place of trial.

RESPECTFULLY SUBMITTED

THE PROBST LAW FIRM, P.A.

Dated: September 28, 2010    BY:    */s/ Raymond E. Probst, Jr.*
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS  66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
(678) 781-1012
alex@fdcpalawyeronline.com